IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02903-BNB

CARLOS H. SAENZ, JR.,

Applicant,

v.

WARDEN SUSAN JONES, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN W. SUTHERS,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2010

GREGORY C. LANGHAM
CLERK

## ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

Applicant, Carlos H. Saenz, Jr., is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Colorado State Penitentiary in Canon City, Colorado. Mr. Saenz initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on December 11, 2009, and an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on January 11, 2010.

As part of the preliminary consideration of the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response was appropriate. Therefore, on January 14, 2010, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state

court remedies under 28 U.S.C. § 2254(b)(1)(A). On January 25, 2010, Respondents submitted their pre-answer response. Applicant has not filed a reply.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required. Respondents are directed to inform the Court whether Mr. Saenz has filed a notice of appeal to the Colorado Court of Appeals with respect to the post-conviction motion filed on September 28, 2009. If Mr. Saenz has filed a notice of appeal, Respondents are further directed to inform the Court of the briefing schedule set by the Colorado Court of Appeals. Accordingly, it is

ORDERED that **on or before March 12, 2010**, Respondents shall file a supplement to the pre-answer response that complies with this order.

DATED March 3, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02903-BNB

Carlos H. Saenz
Prisoner No. 111127
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

John D. Seidel
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3/3/10

GREGORY C. LANGHAM, CLERK

By _____
    Deputy Clerk